# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

Raymond Carignan,

                Plaintiff,

v.

GC Services, L.P.; and DOES 1-10, inclusive,

                Defendant.

_____

Civil Action No.:  1:11-cv-10044-PBS

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against GC Services, L.P. with prejudice, without costs to any party and waiving all rights of appeal. .

| Raymond Carignan | GC Services, L.P. |
|---|---|
|    /s/ Sergei Lemberg |    /s/ Andrew Schneiderman |
| Sergei Lemberg, Esq.<br>BBO No.: 650671<br>LEMBERG & ASSOCIATES<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905<br>(203) 653-2250<br>Attorney for Plaintiff | Andrew Schneiderman, Esq.<br>BBO No. 666252<br>Hinshaw & Culbertson LLP<br>28 State Street<br>24th Floor<br>Boston, MA 02109<br>(617) 213-7000<br>Attorney for Defendant |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 13, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                  By /s/ Sergei Lemberg

                                                  Sergei Lemberg